## NORRIGAN v. CLARK.

No. 2911.   Opinion Filed May 14, 1912.

(123 Pac. 1127.)

*Error from Coal County Court;*
*R. H. Wells, Judge.*

Action between J. H. Norrigan and J. E. Clark.   From the judgment, Norrigan brings error.   Dismissed.

*C. M. Threadgill* and *Geo. Trice,* for plaintiff in error.

*Fooshee & Brunson,* for defendant in error.

PER CURIAM.   For the reason that the judgment sought to be appealed from herein was rendered and entered January 10, 1911, and the case-made, with petition in error, filed in this court August 5, 1911, but no praecipe for summons has been filed or summons in error issued, and no general appearance of defendant in error has been entered, the motion to dismiss this proceeding is sustained.